IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Action No.   09-cr-00508-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RAUL AVILA-ARELLANO,

      Defendant.

## ORDER RELEASING CJA20 PANEL ATTORNEY

The above-named Defendant has testified under oath or has otherwise satisfied this Court that he is financially unable to employ counsel, and does not wish to waive counsel, and because the interests of justice so require, his previous counsel Marna Lake is hereby released of further responsibilities in this matter.

DATED:  December 11, 2009

                                                BY THE COURT:

                                                s/ Laird T. Milburn
                                                Laird T. Milburn
                                                United States Magistrate Judge