**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00508-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.    RAUL AVILA-ARELLANO,**

    Defendant.

---

### ORDER DISCLOSURE OF GRAND JURY MATERIALS

---

    Defendant Raul Avila-Arellano's Unopposed Motion for Disclosure of Grand Jury Materials (Doc. # 57) is GRANTED.  It is hereby

    ORDERED that, pursuant to Fed.R.Crim.P. 16(a)(1) and (3), counsel for the government may disclose preliminarily to the trial in this case, discovery of grand jury recordings and, upon Defendant's request, documents and objects in the government's possession which are material to preparing for defense, under the following conditions:

    1)    There shall be no reproduction or dissemination of the material by the defendant or by defense counsel.

    2)    The grand jury material shall be retained in the custody of the office of the attorney for the Defendant.

    3)    The grand jury material provided by the government shall be returned to the government at the conclusion of this case or pending further order of the Court.

4)	That disclosure of the grand jury matter is limited to Defendant Avila-Arellano and to counsel appearing for that Defendant in this case, and the material is to be used only for this case.

DATED:  January   22  , 2010

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge